# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>**Timothy Wade Swensen Jr.** | Case No.: 3:21-mj-00295-MMS<br><br>May 13 2021 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jolene Goeden, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging TIMOTHY WADE SWENSON JR. with violations of 18 U.S.C. § 2251(a) (production of child pornography); 18 U.S.C. § 2252A(a)(2) (distribution of child pornography); and 18 U.S.C. § 2252A(a)(5) (possession of child pornography).

2. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purposes of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me during this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since March 2004. Since that time, I have been assigned investigative responsibilities in the areas of


May 13 2021

crimes against children, human trafficking, violent gangs and criminal enterprises investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, kidnapping, human trafficking, drug, violent gang, criminal enterprises, and felon in possession of a weapon investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

## PROBABLE CAUSE

### Victim A

4. On 5/9/2021, Anchorage Police Department (APD) received a report that an adult autistic woman (hereafter referred to as Victim A) had been sexually assaulted. The sexual assault reportedly occurred in 2018, however, the suspect re-initiated communication with Victim A via text in early 2021.

5. Victim A was interviewed by an APD Special Victims Unit Detective. Victim A stated she had autism and cerebral palsy and resided in an assisted living home. Her mother accompanied her to APD for the interview.

6. Victim A stated she met "Tim" on a dating website in 2018. Victim A stated she was with her dayhab staff (or caretaker) at the 5th Avenue Mall and "Tim" showed up. They got away from her caretaker and "Tim" took her to the parking garage where he vaginally penetrated her with his penis. Victim A stated she told "Tim" no but he "wouldn't take no for an answer".

7. Victim A stated on another occasion she was at ANMC and "Tim" texted her to meet him and she should tell staff she would be right back. She and "Tim" went behind ANMC. Victim A stated "Tim" again vaginally penetrated her and she told him no and to stop several times but he wouldn't.

8. Victim A stated "Tim" contacted her again in January 2021via text. He sent her inappropriate pictures of a two to there year old girl that he said was his niece or his friend's child. Victim A said the picture was of a 3 year old whose diaper was down and "Tim" was putting his finger in the child's vagina.

9. The cellphone number used by "Tim" to communicate with Victim A was 907-XXX-6416 (SUBJECT PHONE). APD Dispatch was able to associate the SUBJECT phone number with Timothy Swensen based on records of his use of that number to call for a taxi cab service.

10. Victim A was shown a photo line up and Victim A identified TIMOTHY SWENSEN (hereafter referred to as SUBJECT) as the man who sexually assaulted her and sent her the images of the child.

11. Victim A and her mother consented for law enforcement to look at the contents of Victim A's phone.

12. TFO Torres utilized the Cellebrite to forensically download Victim A's cellphone. The download captured the images but not the text messages. TFO Torres manually reviewed Victim A's text messages.

13. On January 10, 2021, the SUBJECT texted Victim A and stated he got released from jail and was missing her. Victim A responded and said she missed him too. The SUBJECT continued by sending several text messages about having children with Victim A that they could



then sexually abuse. For example, the SUBJECT stated, "While they are babies we can kiss them rub them u n lick u suck", "What age should I start sliding in her pussy?", and "When they are babies they don't know its bad n toddlers".

14. The texting continued on January 26, 2021. The SUBJECT texted Victim A about raping random drunk women and girls. The SUBJECT stated, "If we see a 8 year old I want u to finger her as I jack off n cum on her lil boobs n u lick my cum off her n lick it out of her pussy."

15. Later in this text string, the SUBJECT stated, "Do you want to see the 3 year old girl I molested and raped I took pictures of her naked n my fingers in her too" and "Shes wearing just a diaper". The SUBJECT again asked if Victim A wanted to see the pictures and stated, "I taughter how to kiss I fingered her grabbed her titties ass raped her with half of my dick in her pussy."

16. On 1/27/2021, the SUBJECT sent Victim A a series of images. The first photograph showed the stomach and vagina of a small child, possibly two to three years old based on my training and experience. The image depicts an adult male who has pulled the diaper down and placed his middle finger between the child's labia. The second photo shows what appears to be the same small child, from the bottom of half of the child's face to the top of the diaper. The third photo shows what appears to be same the child from behind with an adult hand pulling the diaper down and exposing the child's buttocks. The diaper depicted in all three images appears to be the same, indicating in my training and experience that all three images were part of a series.

17. The SUBJECT continued the text messages with Victim A by questioning what to do with "a little girl" if they find one to rape. He stated, "Do we let her go let her live or leave her in the woods somewhere alive or dead."

18. On March 16, 2021, the SUBJECT texted Victim A and stated, "Did daddy show you the 3 year old I molested n raped."

19. On March 19, 2021, Victim A texted the SUBJECT and said she did not feel comfortable having kids with him and told him he needed to leave her alone. She said she was not going to call or text with him anymore. The SUBJECT responded by stating if she deleted their text messages and did not report him, he would leave her alone. He stated, "Can u promise to not report me."

*Interview of Timothy Swensen*

20. In 2011, the SUBJECT was convicted of Sexual Assault Second Degree and Tampering with a Witness (State of Alaska Case 3AN-10-8592). The SUBJECT is currently on probation following his release from custody in that matter.

21. On May 12, 2021, agents contacted the SUBJECT at the state probation office. He was advised of his Miranda Rights, waived, and agreed to speak to agents.

22. Initially the SUBJECT denied all of the conduct described above. However, he eventually admitted to taking the photos of the two to three year female child (hereafter referred to as Victim B). He stated he was at a friend's house and ended up alone on the couch with the Victim B who was wearing only a diaper, and stated further that the toddler had in fact kissed him and then took off her own diaper and sat on his lap. The SUBJECT stated he was drinking at the time this occurred.

23. The SUBJECT initially stated he did not remember taking the photos of the child.



He stated he kissed her on the lips and put his hand down her diaper and admitted to penetrating her vagina with "some" of his finger. The SUBJECT showed interviewing agents his finger to describe the depth of the digital penetration of Victim B. The SUBJECT first stated that his penis "flopped out" before admitting that he took his penis out and ejaculated during his abuse of Victim B, but denied active masturbation.

24. The SUBJECT eventually admitted to sending the images he took of Victim B to Victim A as Victim A disclosed and up to three more people via different social media applications.

25. The SUBJECT was shown photos of the images sent to Victim A depicting his abuse of Victim B and he stated he recognized them and these were the photos he had sent to her.

26. The SUBJECT stated that he had been "out of control" in regards to his conduct with Victim A and used force to engage in sexual penetration without her consent on at least one occasion.

*The SUBJECT's Cellphone*

27. The SUBJECT stated he used the SUBJECT PHONE, which was his previous cell phone with the number 907-XXX-6416 to take the photos of his abuse of Victim B that he had sent to Victim A and other individuals. The SUBJECT stated that the SUBJECT PHONE broke about one month ago. He thought he put the images on his new cellphone.

28. The SUBJECT consented to agents reviewing his current cellphone and provided information about where the images would likely be found. The images of Victim B were found in the SUBJECT Google Keep application which is part of a web-based suite of services provided by Google. In addition to the images sent to Victim A, agents found two additional photos of the SUBJECT holding Victim B's diaper out so her vaginal area was visible. The


May 13 2021

SUBJECT admitted it was his hand in those photos. Agents also found an additional image depicting the SUBJECT's face in the same frame as Victim B, who's face can also be seen. Victim B has not been identified to date.

29. The SUBJECT admitted to downloading other child sexual exploitation images from the internet. He said he delete these images.

*Summary of Probable Cause*

30. For the reasons stated herein, I submit that there is probable cause to arrest Timothy Wade Swensen Jr, for violations of 18 U.S.C. § 2251(a) (production of child pornography); 18 U.S.C. § 2252A(a)(2) (distribution of child pornography); and 18 U.S.C. § 2252A(a)(5) (possession of child pornography).. This probable cause is based on the following:

    a. The SUBJECT admitted he took photos of Victim B who he believed to be a minor child around two or three years old. He stated the photos were of her vaginal area and him penetrating her vagina with his finger.

    b. The SUBJECT admitted to sending these photos to Victim A via text and these images were found by law enforcement on Victim A's cellphone in her text messages.

    c. The SUBJECT admitted to sending the photos to approximately three additional people on other social media applications.

    d. The SUBJECT consented to law enforcement reviewing his cell phone. The images the SUBJECT took of Victim B were found in his Google Keep application.

 May 13 2021

## Conclusion

31. For the foregoing reasons, I submit that there is probable cause to believe that Timothy Wade Swensen Jr has committed violations of 18 U.S.C. § 2251(a) (production of child pornography); 18 U.S.C. § 2252A(a)(2) (distribution of child pornography); and 18 U.S.C. § 2252A(a)(5) (possession of child pornography).

Respectfully submitted,

SA Jolene Goeden, FBI Child Exploitation and Human Trafficking Task Force

Subscribed and sworn pursuant to

Fed.R.Crim.P. 4.1 & 41(d)(3) on:

May 13, 2021

HON. MATHEW M. SCOBLE
UNITED STATES MAGISTRATE JUDGE